No. 81–6106. IVEY *v.* ALASKA. Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question.

No. 81–6157. WOLFSON *v.* MURRAY ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1234. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* ROSS ET AL. C. A. 4th Cir.; and

No. 76–1261. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* ABRAMS ET AL. C. A. 9th Cir. Upon consideration of the motion to vacate filed by the Solicitor General on March 11, 1982, the judgments of the United States Court of Appeals for the Fourth Circuit and the United States Court of Appeals for the Ninth Circuit are vacated and the cases are remanded to the United States District Court for the District of Maryland and the United States District Court for the Central District of California, respectively, with directions to dismiss the causes as moot when the parties jointly so move. Reported below: No. 76–1234, 544 F. 2d 514; No. 76–1261, 547 F. 2d 1062.

No. —— – ——. CHICAGO FIRE FIGHTERS UNION, LOCAL No. 2, ET AL. *v.* CITY OF CHICAGO. Application to direct the Clerk to file the petition for writ of certiorari denied.